UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

In the Matter of the Extradition of   )
                                       )   No. 23-mj-1563-DLC
Damien Desmond John Anderson          )

ORDER

The Court having received the Complaint filed on December 26, 2023, by John T. McNeil, Assistant United States Attorney for the District of Massachusetts, pursuant to the request of the Government of the United Kingdom, for the extradition of Damien Desmond John Anderson ("Anderson") and an affidavit executed by Anderson and witnessed by his attorney;

And, further, the Court having been advised in open session that Anderson is a fugitive sought by the Government of the United Kingdom; that he is aware that the Government of the United Kingdom has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of the United Kingdom and Title 18, United States Code, §§ 3184-3196, and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Anderson be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the Government of the United Kingdom, at which time the United States Marshal shall deliver him, together with any evidence seized incidental to his arrest and sought by the Government of the United Kingdom, to the custody of such authorized representatives to be transported to the United Kingdom to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Anderson, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of the United Kingdom.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 28th day of December, 2023.

Hon. Donald L. Cabell
Chief United States Magistrate Judge
District of Massachusetts